IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MAXITRATE TRATAMENTO TÉRMICO E CONTROLES, a foreign corporation, IVONNE PEREIRA GOMES, as Personal Representative of the Estate of ITAMAR ANGELO CAMBRAIS, deceased, MARCIO TORRES BORAGINI, a foreign national, and ABRAMINO MARIO CANTONI, as natural Father and Personal Representative of the Estate of ALEXANDER CANTONI, deceased, | Case No. 1:10-cv-00546  Judge Black |
| Plaintiffs, | |
| vs. | |
| SUPER SYSTEMS, INC., an Ohio corporation, JEREMY LEE HEDMAN, | |
| Defendants, | |
| And | |
| JEREMY HEDMAN, | |
| Counter-Plaintiff, | |
| v. | |
| MAXITRATE TRATAMENTO TÉRMICO E CONTROLES, a foreign corporation, IVONNE PEREIRA GOMES, as Personal Representative of the Estate of ITAMAR ANGELO CAMBRAIS, deceased, MARCIO TORRES BORAGINI, a foreign national, and ABRAMINO MARIO CANTONI, as natural father and Personal Representative of the Estate of ALEXANDER CANTONI, deceased, ALLIANZ SEGUROS S.A., a foreign corporation (f/k/a AGF BRASIL SEGUROS S.A.) | |
| Counter-Defendants, | |

## FINAL JUDGMENT

This matter, having come before the Court upon notice of the parties' Stipulation for Entry of Final Judgment, and the Court having reviewed the file, it is therefore ordered and adjudged as follows:

That the Counter-Plaintiff, JEREMY LEE HEDMAN, hereby recovers from the Counter-Defendant MAXITRATE TRATAMENTO TÉRMICO E CONROLES, a foreign corporation, the sum of Twelve Million, Eight Hundred Sixty-One Thousand, Nine Hundred Seventy-Eight Dollars and Seventy-Seven Cents ($12,861,978.77). The Judgment is based on the following breakdown of JEREMY LEE HEDMAN's damages: (1) current medical expenses in the amount of Seven Hundred and Fifty-Three Thousand, Nine Hundred and Seventy-Eight Dollars and Seventy-Seven Cents ($753,978.77); (2) past and future lost income in the amount of Two Million, Five Hundred and Eight Thousand Dollars ($2,508,000.00); (3) future medical expenses in the amount of One Hundred and Fifty Thousand Dollars ($150,000.00) per year for Mr. Hedman's life expectancy of forty-eight (48) years; and (4) pain and suffering in the amount of Fifty Thousand Dollars ($50,000.00) per year for Mr. Hedman's life expectancy of forty-eight (48) years.

The Judgment will bear interest at the statutory rate, pursuant to Ohio Revised Code §§ 1343.03 and 5703.47. Each party will bear its own fees and costs.

DONE and ORDERED this 14th day of May, 2013.

*Timothy S. Black*

DISTRICT COURT JUDGE

Copies furnished to:
    All counsel of record